IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MARY FRANCIS DAVIS,

    Plaintiff,

v.      CV 320-042

THE KROGER CO.,

    Defendant.

# O R D E R

On June 29, 2020, Defendant The Kroger Co. removed the captioned matter to this Court. The Court then issued a "Removal Notice to All Counsel of Record" whereby Plaintiff's counsel was directed to enter a notice of appearance or file a motion for *pro hac vice* admission within ten days. So far, Plaintiff's counsel has not complied with this directive. Accordingly, Plaintiff is hereby **ORDERED** to **SHOW CAUSE,** in writing, as to why there has not been compliance with the Court's Removal Notice. Plaintiff shall file this show cause memorandum within ten (10) days hereof. In addition to email notification, the Clerk of Court is directed to mail a copy of this Order to Michael R. Lloyd, 1508 Bellevue Road, Dublin, GA 31021.

    **ORDER ENTERED** at Augusta, Georgia this 13th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE