```
                                              FILED
                                       U.S. DISTRICT COURT
                                           AUGUSTA DIV.
        IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF GEORGIA        20 JUL 27 PM 2:34
                    DUBLIN DIVISION
                                              CLERK_____
MARY FRANCIS DAVIS,           *               SO. DIST. OF GA.
                              *
     Plaintiff,               *
                              *
v.                            *     CV 320-042
                              *
THE KROGER CO.,               *
                              *
     Defendant.               *
```

## O R D E R

Upon consideration of Plaintiff's response to the Court's Show Cause Order of July 13, 2020, **IT IS HEREBY ORDERED** that Plaintiff shall be represented by Mr. C. Mitchell Warnock, Jr., Esq. in the captioned matter. **IT IS FURTHER ORDERED** that the parties shall confer as provided in Federal Rule of Civil Procedure 26(f) within twenty-one days from the date of this Order. Within fourteen days after the Rule 26(f) conference, the parties shall complete and file a Rule 26(f) report. A party who cannot gain the cooperation of the other party in preparing the report should advise the Court prior to the filing deadline. A copy of the Rule 26(f) form in fillable format can be found by following this link:

https://www.gasd.uscourts.gov/sites/gasd/files/rule26f.pdf.

Also, the parties are hereby notified that any pending motions (previously filed in state court) and responses thereto shall be filed within fourteen days hereof. The Court will not *sua sponte* take up motions filed prior to the removal date.

**ORDER ENTERED** at Augusta, Georgia this 27th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE