IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| MARY FRANCIS DAVIS, | * | |
| Plaintiff, | * | |
| v. | * | CV 320-042 |
| THE KROGER CO., | * | |
| Defendant. | * | |

O R D E R

Having earlier indicated that the parties have reached a settlement, Plaintiff and Defendant have now filed a "Joint Stipulation of Dismissal With Prejudice." In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE.** The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of April, 2021.

UNITED STATES DISTRICT JUDGE